UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FELIX VEIGA,                )
                            )
       Movant,              )
                            )
v.                          )
                            )    4:12-cv-266
UNITED STATES OF AMERICA,   )    4:11-cr-3
                            )
       Respondent.          )
                            )

## ORDER

After a *de novo* review of the record, including the requisite liberal construction of Veiga's complaint, the Court concurs with Magistrate Judge's Report and Recommendation, to which no objections have been filed. *Barnes v. United States*, 427 F. App'x 726, 727 (11th Cir. 2011) (per curiam) (citing *Haines v. Kerner*, 404 U.S. 519, 520 (1972)). The Report and Recommendation therefore is *ADOPTED* as the opinion of the Court.

The ___ day of October, 2013

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA